**Jean Marie Scholz, Plaintiff-Appellant, v. Dale Everett Scholz, Defendant-Appellee.**

**Gen. No. 10,819.**

Fourth District.
July 10, 1967.

Wilson, Dyar, Houchen and McDonald, of Decatur (Vernon H. Houchen, of counsel), for appellant; Le Forgee, Samuels, Miller, Schroeder & Jackson, of Decatur (Jerald E. Jackson and Robert W. Ohlsen, of counsel), for appellee. Opinion by JUSTICE TRAPP. Not to be published in full.